UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MARIELI D., *o/b/o S.Y.C.S.*,

                      Plaintiff,

           v.                                 5:19-CV-1420
                                                       (DJS)

ANDREW M. SAUL, *Comm'r of Soc. Sec.*,

                      Defendant.
_____

**APPEARANCES:**                               **OF COUNSEL:**

OLINSKY LAW GROUP                HOWARD OLINSKY, ESQ.
Attorney for Plaintiff
250 South Clinton Street
Ste 210
Syracuse, New York 13202

SOCIAL SECURITY ADMINISTRATION   LISA SMOLLER, ESQ.
Attorney for Defendant
J.F.K. Federal Building, Room 625
15 New Sudbury Street
Boston, Massachusetts 02203

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

     The Complaint in this action was filed November 18, 2019. Dkt. No. 1. The parties then stipulated to remand the matter to the Social Security Administration for further proceedings. Dkt. No. 11. Plaintiff has now filed a Motion for Attorneys' Fees under the Equal Access to Justice Act. Dkt. No. 13. The Motion seeks that the fee award be paid directly to counsel. *Id.* Defendant does not oppose the Motion. Dkt. No. 14.

Based on the foregoing, Plaintiff is awarded attorneys' fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412, *et seq.*) in the amount of $4,286.70. It is further ordered that payment will be made directly to Plaintiff's attorney pursuant to the agreed upon assignment from Plaintiff. *See* Dkt. No. 13.

**IT IS SO ORDERED**.

Dated: August 13, 2020
      Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge